# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY L. WILLIAMS, | ) | |
| Petitioner, | ) | Civil Action No. 13-219E |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| BOBBY L. MEEKS, | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

On July 22, 2013, this case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On February 12, 2014, the Magistrate Judge issued a Report (Doc. 13) recommending that Petitioner's writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 4) be dismissed for lack of subject matter jurisdiction. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Petitioner's writ of habeas corpus (**Doc. 4**) is **DISMISSED** for lack of subject matter jurisdiction. The Magistrate Judge's Report and Recommendation dated February 12, 2014, hereby is adopted as the Opinion of the District Court. Pursuant to 28 U.S.C. § 2253(c)(1)(B), the Court makes no certificate of appealability determination in this matter.

IT IS SO ORDERED.

March 18, 2014                                   s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via U.S. Mail):

Jody L. Williams
35528-060
MCKEAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 8000
BRADFORD, PA 16701